# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| JOHN B. WOODS, MD<br>TOM MCDONALD, M.D.,<br><br>    Petitioners,<br><br>vs.<br><br>UNITED STATES DRUG ENFORCEMENT<br>ADMINISTRATION, et al.,<br><br>    Respondents. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br>CASE NO: 16-1289-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Respondent's Motion for Summary Judgment entered on September 26, 2017, this cause is hereby dismissed without prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 9/26/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By)  Deputy Clerk