UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JOHN B. WOODS, M.D., <br> TOM MCDONALD, M.D., <br><br> Petitioners, <br><br> vs. <br><br> UNITED STATES DRUG ENFORCEMENT, ADMINISTRATION, ET AL. <br><br> Respondents. | AMENDED JUDGMENT <br><br><br><br><br> CASE NO: 16-1289-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting [53] Joint Motion For Relief and Denying [51] Motion To Vacate As Moot entered on October 24, 2017, this cause is hereby **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 10/25/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk